[Cite as *Portage Roofing, Inc. v. Mike Coates, Constr. Co., Inc.*, 2017-Ohio-7560.]

STATE OF OHIO, MAHONING COUNTY

IN THE COURT OF APPEALS

SEVENTH DISTRICT

| | | |
|---|---|---|
| PORTAGE ROOFING, INC. | ) | |
| | ) | |
| Plaintiff-Appellant | ) | |
| | ) | |
| vs. | ) | CASE NO. 15 MA 0175 |
| | ) | |
| MIKE COATES CONSTRUCTION CO., | ) | OPINION |
| INC., ET AL. | ) | AND |
| | ) | JUDGMENT ENTRY |
| Defendants-Appellees | ) | |
| | ) | |

CHARACTER OF PROCEEDINGS:    Motion for Reconsideration

JUDGMENT:    Denied

APPEARANCES:
For Portage Roofing, Inc.          Attorney Dean Hoover
- Appellant                        Hudson Station, Suite 3
                                   5 Atterbury Blvd.
                                   Hudson, Ohio 44236


For Mike Coates Construction Co.,  Attorney Richard Goddard
Inc., Et. Al. - Appellees          Calfee, Halter & Griswold LLP
                                   The Calfee Building
                                   1405 East Sixth Street
                                   Cleveland, OH 44114



JUDGES:

Hon. Mary DeGenaro
Hon. Gene Donofrio
Hon. Carol Ann Robb


Dated: September 7, 2017

PER CURIAM.

**{¶1}** Plaintiff-Appellant, Portage Roofing, Inc., filed an application for reconsideration of *Portage Roofing, Inc. v. Coates Construction, Inc.*, 7th Dist. No. 15 MA 0175, 2017–Ohio–5710.

**{¶2}** "The test generally applied upon the filing of a motion for reconsideration in the court of appeals is whether the motion calls to the attention of the court an obvious error in its decision, or raises an issue for consideration that was either not considered at all or was not fully considered by the court when it should have been." *Columbus v. Hodge*, 37 Ohio App.3d 68, 523 N.E.2d 515 (1987), paragraph one of the syllabus.

**{¶3}** The purpose of reconsideration is not to reargue one's appeal based on dissatisfaction with the logic used and conclusions reached by an appellate court. *Victory White Metal Co. v. N.P. Motel Syst. Inc.*, 7th Dist. No. 04 MA 0245, 2005–Ohio–3828, ¶ 2. "An application for reconsideration may not be filed simply on the basis that a party disagrees with the prior appellate court decision." *Hampton v. Ahmed*, 7th Dist. No. 02 BE 0066, 2005–Ohio–1766, ¶ 16 (internal citation omitted).

**{¶4}** On reconsideration, Portage reiterates the same argument it made on direct appeal: that the jurisdictional priority rule precludes the Mahoning County court from exercising jurisdiction over Coates' claims. This is merely a disagreement with the decision reached by this Court. Portage does not call to our attention an obvious error in our opinon.

**{¶5}** Portage's arguments regarding the jurisdictional priority rule were fully considered by this Court prior to ruling on the matter. The motion for reconsideration

does not call to the attention of this Court an obvious error. Accordingly, Portage's motion for reconsideration is denied.

DeGenaro, J., concurs.

Donofrio, J., concurs.

Robb, P. J., concurs.